1
2
3
4
5
6
7
8

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **TIMOTHY ROSEMORE**, an individual resident of the State of Nevada; **JAMES OWINGS**, an individual resident of the State of Georgia<br><br>Plaintiffs<br><br>v.<br><br>**ALAN BURNS**, an individual resident of the State of Alabama,<br><br>Defendant. | Case No.:   3:20-CV-00475<br><br>**STIPULATION & ORDER TO EXTEND PLAINTIFFS' DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiffs Timothy Rosemore and James Owings, by and through their counsel of record, McClure Wallace, Esq. and Patrick Millsap, Esq. of WALLACE & MILLSAP LLC; and Defendant Alan Burns, by and through his legal counsel of record Kristen L. Martini, Esq. of LEWIS ROCA ROTHGERBER CHRISTIE LLP and Jason Yearout, Esq. of YEAROUT & TRAYLOR, P.C. hereby stipulate to extend Plaintiffs' deadline to oppose Defendant's Motion to Dismiss filed on August 21, 2020 (ECF No. 4) from September 4, 2020 to **September 18, 2020.**

1  This is Plaintiffs' first request for an extension of time to oppose Defendant's
2  Motion to Dismiss.  Counsel certify this request is made for good-cause and not for
3  the purpose of undue delay.

4  DATED: September ___, 2020.          DATED: September ____, 2020.

WALLACE & MILLSAP LLC                 LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *Patrick R. Millsap*          By: *Kristen L. Martini*
F. McClure Wallace, Esq.              Kristen L. Martini, Esq.
State Bar No.: 10264                  Nevada Bar No. 11272
Patrick R. Millsap, Esq.              One East Liberty Street, Suite 300
Nevada Bar No.: 12043                 Reno, Nevada 89501
510 West Plumb Lane, Suite A          (775) 823-2900 Tel
Reno, Nevada 89509                    kmartini@lrrc.com
(775) 683-9599 Tel                    *Attorney for Defendant*
mcclure@wallacemillsap.com
patrick@wallacemillsap.com            YEAROUT & TRAYLOR, P.C.
*Attorneys for Plaintiffs*

                                       By: *Jason Yearout*
                                       Jason Yearout, Esq.
                                       Nevada Bar No. 7960 –
                                       (per LR IA 11-1(b)(1))
                                       3300 Cahaba Road, Suite 300
                                       Birmingham, AL 32513
                                       (205) 414-8169 Tel
                                       jyearout@yearout.net
                                       *Attorney for Defendant*

## ORDER

The Court hereby grants the Parties' Stipulation to Extend Plaintiffs' Deadline to Oppose Defendant's Motion to Dismiss.  Plaintiffs shall file their opposition to Defendant's Motion to Dismiss by **September 18, 2020**.

**IT IS SO ORDERED**., *nunc pro tunc*.

Dated this __8th__ day of September, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE